UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL I. GOLDBERG, as Receiver
for W.L. Ware Enterprises and Investments,
Inc. d/b/a Ware Enterprises and Investments,
Inc., Ware Enterprises and Investments,
LLC, d/b/a W.L. Ware Enterprises and
Investments, LLC,

           Plaintiff,

CASE NO. 6:06-cv-539-ORL-18JGG

v.

SHAWN ACTIE,

           Defendant.

and

INSIGHT FINANCIAL CREDIT UNION,

           Garnishee.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR WRIT OF GARNISHMENT, DIRECTING THE ISSUANCE OF WRIT OF GARNISHMENT, AND APPOINTING OF SPECIAL PROCESS SERVER

THIS CAUSE came before the Court upon Plaintiff's Motion for Writ of Garnishment and Appointment of Special Process Server (Dkt. No. _15_) (the "Motion"). The Court having considered the Motion, and being otherwise fully advised in the premises, it is:

**ORDERED and ADJUDGED** as follows:

1.      The Motion is **GRANTED**.

{01110426;2}

2. Pursuant to Federal Rule of Civil Procedure 64 and Florida Statutes § 77.01, *et seq.*, the Clerk of this Court is directed to issue the Writ of Garnishment directed to the Garnishee, **INSIGHT FINANCIAL CREDIT UNION**, in the above-styled action.

3. Mr. M.E. Andrews, an agent of Andrews Agency, Inc., is hereby appointed as the special process server who shall serve the Writ of Garnishment upon Garnishee, Wachovia Bank.

DONE AND ORDERED this 24th day of January, 2007 in Orange County, Florida.

~~HONORABLE G. KENDALL SHARP~~
~~United States District Court Judge~~
USMJ

cc: Jill E. Kelso, Esq.

{01110426;2}